[No. 13974-0-II.  Division Two.  April 30, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. MERCEDES VALDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-00111-5, Karen L. Strombom, J., entered June 5, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 14291-1-II.  Division Two.  April 30, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. PORFIRIO ARRELLANO CAZABAL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02451-4, Arthur W. Verharen, J., entered September 20, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 14422-1-II.  Division Two.  April 30, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN REYNOSO, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00175-4, H. John Hall, J., entered November 1, 1990. *Reversed.* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 15218-5-II.  Division Two.  April 30, 1993.]

DIANE K. HAWVER, ET AL, *Appellants,* v. ROGER CONTRARO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-2-01109-1, James D. Roper, J., entered July 26, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.